Fill in this information to identify your case:

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____

Chapter you are filing under:
- [ ] Chapter 7
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | DK Properties LLP, a Georgia limited liability partnership |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 26-1248273 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 47 Porter Street<br>Number  Street | PO Box 0<br>Number  Street |
| | Attn: H. David Smith<br>P.O. Box |
| Winder      GA  30680<br>City          State  ZIP Code | Winder      GA  30680<br>City          State  ZIP Code |
| Barrow County<br>County | **Location of principal assets, if different from principal place of business**<br>138 Park Ave<br>Number  Street |
| | Winder      GA  30680<br>City          State  ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**
- [x] Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- [ ] Partnership (excluding LLP)
- [ ] Other. Specify: _____

Official Form 201       Voluntary Petition for Non-Individuals Filing for Bankruptcy       page 1

Debtor ____DK Properties LLP, a Georgia limited liability partnership_____   Case number (if known)_____
      Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .
5311____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.   District _____   When _____   Case number _____
                                       MM / DD / YYYY
      District _____   When _____   Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☒ No
☐ Yes.   Debtor _____   Relationship _____
      District _____   When _____
                                       MM / DD / YYYY
      Case number, if known _____

Debtor    DK Properties LLP, a Georgia limited liability partnership    Case number (*if known*)_____
          Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>  What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>                           Number      Street<br>_____<br>_____<br>City                                                State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>       Contact name _____<br>       Phone _____ |

### Statistical and administrative information

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☑ 1-49         ☐ 1,000-5,000        ☐ 25,001-50,000<br>☐ 50-99        ☐ 5,001-10,000       ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated assets** | ☐ $0-$50,000           ☑ $1,000,001-$10 million      ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000     ☐ $10,000,001-$50 million     ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million  ☐ $100,000,001-$500 million   ☐ More than $50 billion |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page **3**

| Debtor | DK Properties LLP, a Georgia limited liability partnership | Case number (if known) _____ |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☒ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 4, 2021
MM / DD / YYYY

X _____    H. David Smith
Signature of authorized representative of debtor    Printed name

Title Managing Partner

**18. Signature of attorney**

X _Charles N. Kelley, Jr._____    Date January 4, 2021
Signature of attorney for debtor    MM / DD / YYYY

Charles Kelley
Printed name

Kelley & Clements LLP
Firm name

PO Box 2758
Number    Street

Gainesville    GA    30503
City    State    ZIP Code

770-531-0007    ckelley@kelleyclements.com
Contact phone    Email address

412212    GA
Bar number    State

DK Properties LLP, a Georgia limited liability partnership

Debtor _____    Case number *(if known)*_____
       First Name   Middle Name   Last Name

## Continuation Sheet for Official Form 201

**4) Debtor's Addresses**

Mailing                                                 PO Box 0 Attn: H. David Smith Winder, GA 30680, Barrow County

**Fill in this information to identify the case:**

Debtor name __DK Properties LLP, a Georgia limited liability partnership__

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Rug Mill Flooring PO Box 584 Hoschton, GA, 30548 | | Suppliers or Vendors | | | | 3,435.00 |
| 2 | All-in-1 Home Repair, LLC 121-A West Athens St Winder, GA, 30680 | | Suppliers or Vendors | | | | 3,100.00 |
| 3 | Classic City Building & Remodeling 108 Jefferson Rd Statham, GA, 30666 | | Suppliers or Vendors | | | | 0.00 |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

Debtor  DK Properties LLP, a Georgia limited liability partnership        Case number *(if known)*_____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Official Form 204        **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**        page 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DK PROPERTIES LLP,[1] | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

VERIFICATION OF LIST OF CREDITORS
HOLDING 20 LARGEST UNSECURED CLAIMS

I, H. David Smith, the Managing Partner of DK Properties LLP, the Debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge.

Date: January 4, 2021

_____
H. David Smith

---

[1] The last four digits of the Debtor's federal tax identification number are 8273.

KC-4819-0358-1910-1

All-in-1 Home Repair, LLC
121-A West Athens St
Winder, GA 30680


American First Federal, Inc.
c/o First Commerce, LLC
PO Box 920
Lake Oswego, OR 97034


Classic City Building & Remodeling
108 Jefferson Rd
Statham, GA 30666


Georgia Department of Revenue
Compliance Division ACRS-Bankruptcy
1800 Century Blvd NE, Suite 9100
Atlanta, GA 30345


Georgia Dept of Revenue
Bankruptcy Section
P.O. Box 161108
Atlanta, GA 30321


H. David Smith
Post Office Box 0
Winder
GA 30680


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Kenneth D. Lumpkin
1452 Georgia Club Drive
Statham
GA 30666


Rug Mill Flooring
PO Box 584
Hoschton, GA 30548

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| DK PROPERTIES LLP,[1] ) | Case No. _____ |
| ) | |
| Debtor. ) | |
| ) | |

VERIFICATION OF CREDITOR MATRIX

I, H. David Smith, the Managing Partner of DK Properties LLP, the Debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the Creditor Matrix submitted by the Debtor in this case and that it is true and correct to the best of my knowledge.

Date: January 4, 2021

DocuSigned by:
H. David Smith

---

[1] The last four digits of the Debtor's federal tax identification number are 8273.

KC-4837-8335-0998-1

**United States Bankruptcy Court**

**IN RE:**  Case No._____

DK Properties LLP, a Georgia limited liability partnership
_____  Chapter  \_\_\_\_\_11_____

# LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| H. David Smith<br>Post Office Box 0, Winder, GA 30680 | 50 | General partner |
| Kenneth D. Lumpkin<br>1452 Georgia Club Drive, Statham, GA 30666 | 50 | General partner |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| DK PROPERTIES LLP,[1] | ) | Case No. _____ |
| | ) | |
| Debtor. | ) | |
| | ) | |

## DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

I, H. David Smith, the Managing Partner of DK Properties LLP, the Debtor in the above-captioned chapter 11 case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: January 4, 2021

H. David Smith

---

[1] The last four digits of the Debtor's federal tax identification number are 8273.

KC-4819-2173-5382-1